### SMITH *v.* RANDALL *et al.*

FISH, C. J. No error was committed in the exclusion of evidence, and the judge did not abuse his discretion in refusing to grant an interlocutory injunction. *Judgment affirmed. All the Justices concur.*
APRIL 11, 1912.

Petition for injunction. Before Judge Pendleton. Fulton superior court. November 6, 1911.

*Robert L. Rodgers,* for plaintiff.

*Moore & Pomeroy* and *Daley & Chambers,* for defendant.